IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE ARDEN VAN UPP,<br><br>　　　　Debtor.<br>_____ / | No. C 10-00204 SI<br>No. C 10-00396 SI<br>No. C 10-00577 SI<br>No. C 10-00578 SI<br><br>**JUDGMENT** |
| SAMUEL H. SLOAN,<br><br>　　　　Appellant,<br><br>v.<br><br>DAVID A. BRADLOW,<br><br>　　　　Appellee.<br>_____ / | |

These actions are dismissed for lack of standing. Judgment is entered accordingly.

**IT IS SO ORDERED AND ADJUDGED.**

Dated: March 12, 2010

　　　　　　　　　　　　　　　　　　　SUSAN ILLSTON
　　　　　　　　　　　　　　　　　　　United States District Judge