IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

IN RE ARDEN VAN UPP,

    Debtor.
_____/

SAMUEL H. SLOAN,

    Appellant,

v.

DAVID A. BRADLOW,

    Appellee.
_____/

No. C 10-00204 SI
No. C 10-00396 SI

**ORDER DENYING "MOTION TO WITHDRAW MOTION TO DISMISS APPEALS AND TO REINSTATE MOTIONS FOR TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION AND TO WITHDRAW REFERENCE TO BANKRUPTCY COURT"**

On March 12, 2010, this Court entered an order and judgment dismissing these appeals with prejudice for lack of standing. Thereafter, on March 24, 2010, debtor Arden Van Upp filed the present motion, seeking to withdraw her own prior motion to dismiss these appeals and to reinstate two other motions filed by Samuel H. Sloan: a motion for temporary restraining order and preliminary injunction, and a motion to withdraw the reference to the bankruptcy court.

In filing the present motion, Ms. Van Upp did not act through her counsel of record, Iain Macdonald. In addition, judgment has been entered and these cases are now closed. Ms. Van Upp cannot withdraw her motion to dismiss at this time, after it has already been granted and the case closed as a result. Mr. Sloan's motions cannot be reinstated because, as the Court has previously explained, Mr. Sloan lacks standing to participate in these proceedings.

Ms. Van Upp's motion is therefore DENIED. Ms. Van Upp is advised that no further filings will be accepted in these closed cases. If Ms. Van Upp wishes to challenge the bankruptcy court's rulings, she may only do so by instituting a new appeal.

**IT IS SO ORDERED.**

Dated: April 7, 2010

SUSAN ILLSTON
United States District Judge