UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

IN RE ARDEN VAN UPP,

    Plaintiff,

v.

IN RE ARDEN VAN UPP et al,

    Defendant.

Case Number: CV10-00204 SI

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on April 8, 2010, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Arden Van Upp
2550 Webster Street
San Francisco, CA 94111

Dated: April 8, 2010

Richard W. Wieking, Clerk
By: Tracy Forakis, Deputy Clerk