IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAMUEL H. SLOAN,<br><br>    Appellant,<br><br>  v.<br><br>ARDEN VAN UPP,<br><br>    Debtor-in-Possession.<br>─────────────────────────<br>IN RE ARDEN VAN UPP,<br><br>    Debtor.<br>─────────────────────────/ | No. 10-0204 SI<br><br><br><br><br><br><br><br><br>No. 10-1934 CW<br><br>JUDICIAL REFERRAL FOR PURPOSES OF DETERMINING RELATIONSHIP OF CASES |

Pursuant to Civil L.R. 3-12(c), this Court, <u>sua sponte</u>, refers the above-captioned cases to District Judge Susan Illston to consider whether these cases are related. Parties shall file any response in opposition to or support of relating the cases within five (5) days of receipt of this Order.

Dated May 27, 2010

*Claudia Wilken*
CLAUDIA WILKEN
United States District Judge