IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

IN RE ARDEN VAN UPP,

    Debtor.
_____/

SAMUEL H. SLOAN,

    Appellant,

v.

DAVID A. BRADLOW,

    Appellee.
_____/

No. C 10-00204 SI

**ORDER RE: MOTION TO REOPEN**

Relate Cases:  3:10-cv-01149-SI
                  3:10-cv-01934-SI
                  3:10-cv-02559-SI

On April 16, 2010, David A. Bradlow, the trustee for the chapter 11 bankruptcy estate, moved to reopen this case and consider whether it is related to *In re Van Upp*, Case No. C-10-1149 SBA. On April 27, the Court related the two cases. Because it was not necessary to reopen the case in order to relate the cases, and because the trustee did not indicate that there was another reason to reopen the case, the trustee's motion to reopen is DENIED. (Doc. 16.)

**IT IS SO ORDERED.**

Dated: December 2, 2010

                                                     SUSAN ILLSTON
                                                     United States District Judge