1  RICHARD C. SINCLAIR, SBN 068238
   Attorney at Law
2  P. O. Box 1628
   Oakdale, CA 95361
3  Telephone: (209) 847-8788
   Facsimile: (209)847-7077
4
   Attorney for ARDEN VAN UPP
5

6

7

8               UNITED STATES DISTRICT COURT

9               NORTHERN DISTRICT OF CALIFORNIA

10

11 IN RE:                    )    CASE NUMBER: 3:10-cv-00204-SI
                             )
12      ARDEN VAN UPP        )    SUBSTITUTION OF ATTORNEY
                             )
13                           )
                             )
14 _____)

15

16      Plaintiff ARDEN VAN UPP, hereby substitutes RICHARD C. SINCLAIR, ESQ., Post

17 Office Box 1628, Oakdale, California 95361; Telephone Number (209) 847-8788, as attorney of

18 record.

19

20 I consent to this substitution.

21 Dated: February 15, 2011           ____/s/ ARDEN VAN UPP_____

22                                    ARDEN VAN UPP

23

24 I accept this substitution.

25 Dated: February 15, 2011           _____/s/ RICHARD C. SINCLAIR_____

26                                    RICHARD C. SINCLAIR, ESQ.

27

28 **SUBSTITUTION OF ATTORNEY**                                     Page 1 of  2

1
2   IT IS SO ORDERED.
3
4
5   Dated: _____          _____
6                                                U.S. DISTRICT COURT JUDGE
7
8                                           CASE CLOSED ON 3/12/10

[Stamp: DENIED — Judge Susan Illston — United States District Court, Northern District of California]

28  **SUBSTITUTION OF ATTORNEY**                                      Page 2 of  2